UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 17-063 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RYAN SCHULT, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:    Possession of Methamphetamine and Heroin with Intent to Distribute; Possession of Methamphetamine with Intent to Distribute (2 counts)

<u>Date of Detention Hearing</u>:    March 28, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has a lengthy criminal record, which includes a number of failures to

DETENTION ORDER
PAGE -1

appear and multiple pending criminal matters. Defendant has incurred new criminal charges while on supervision, and in fact is alleged to have been arrested following a court appearance with controlled substances in his vehicle. He has a history of substance use and mental health issues. Defendant poses a risk of danger due to criminal history, a history of substance use including driving offenses and an accident that allegedly occurred on the freeway while under the influence, and the nature of the instant charges.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 28th day of March, 2017.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3